DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY NOVAK,**
Appellant,

v.

**RIC D. BRADSHAW,** as the Sheriff of Palm Beach County,
Appellee.

No. 4D20-815

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502015CA012028.

Lane Weinbaum of Weinbaum, P.A., Coral Springs, for appellant.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Cosby, P.A., N. Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***